# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 08-10538 CAG Judge: CRAIG A. GARGOTTA  
Case Name: DAYSTAR OIL & GAS CORP.  
For Period Ending: 05/09/11

Trustee Name: C. DANIEL ROBERTS  
Date Filed (f) or Converted (c): 04/23/09 (c)  
341(a) Meeting Date: 05/28/09  
Claims Bar Date: 09/14/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH AND DEPOSITS | 30,921.82 | 30,921.82 | DA | 0.00 | FA |
| 2. SECURITY DEPOSITS | 5,516.75 | 5,516.75 | DA | 0.00 | FA |
| 3. CLAIM VS CITY OF HOUSTON | Unknown | Unknown | | 0.00 | Unknown |
| 4. COUNTERCLAIM VS JAMES BIVESN AND TRITON FUNDING | Unknown | Unknown | | 0.00 | Unknown |
| 5. COUNTERCLAIM VS MATARIE INVESTMENT GROUP | Unknown | Unknown | | 0.00 | Unknown |
| 6. RIGHTS UNDER ASSIGNMENT OF OIL & GAS LEASE | Unknown | Unknown | | 0.00 | Unknown |
| 7. WEBSITE WWW.DAYSTAROILANDGAS.COM | 0.00 | Unknown | | 0.00 | Unknown |
| 8. 2004 GMC YUKON | 8,500.00 | 8,500.00 | | 0.00 | 8,500.00 |
| 9. OFFICE EQUIPMENT, SUPPLIES | 5,245.00 | 5,245.00 | DA | 0.00 | FA |
| 10. MACHINERY, FIXTURES, EQUIPMENT | 50,000.00 | 50,000.00 | DA | 0.00 | FA |
| 11. PIPELINE SEGMENT DYERDALE FIELD IN HARRIS COUNTY, TX | 20,000.00 | 20,000.00 | DA | 0.00 | FA |
| 12. DYERSDALE FIELD - OIL & GAS INTEREST | 1,056,846.00 | 833,672.56 | | 452,219.00 | 381,453.56 |
| 13. ARMISTEAD #2 | Unknown | Unknown | | 0.00 | Unknown |
| 14. OUTTERSIDE LEASE 50% W.I. | 47,781.00 | 47,781.00 | | 47,781.00 | FA |
| 15. LINDSEY #1, ORANGE COUNTY 6.24% W.I. | Unknown | Unknown | | 0.00 | Unknown |
| 16. HUMBLE FIELD 63% W.I. | 4,757,465.00 | 4,757,465.00 | | 500,000.00 | 4,257,465.00 |
| 17. MULTIPLE LEASES IN MILAM COUNTY 9000 ACRES | 2,250,000.00 | 2,250,000.00 | | 16,745.56 | 2,233,254.44 |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 867.20 | Unknown |
| TOTALS (Excluding Unknown Values) | $8,232,275.57 | $8,009,102.13 | | $1,017,612.76 | Value of Remaining Assets $6,880,673.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LIQUIDATED OIL, GAS AND MINERAL INTERESTS AND HAVE PENDING SALE OF REAL ESTATE. INVESTIGATED POTENTIAL CAUSES OF ACTION. SPECIAL COUNSEL EMPLOYED TO PURSUE SAME.

Initial Projected Date of Final Report (TFR): 05/28/10     Current Projected Date of Final Report (TFR): 12/31/12

PFORM1     Ver: 16.02b